**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MARK MYERS,                              )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )          No. 4:26-cv-00599-ACL
                                         )
ST. CHARLES COUNTY,                      )
                                         )
          Defendant.                     )

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion.  Self-represented Plaintiff Mark Myers filed this 42 U.S.C. § 1983 civil rights action on April 20, 2026.  ECF No. 1.  However, Plaintiff neither paid the Court filing fee nor filed a motion to proceed *in forma pauperis*, or without prepayment of fees or costs.  Plaintiff must do one or the other in order for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis.").  Furthermore, if Plaintiff files a motion to proceed *in forma pauperis*, he must also file a certified copy of his jail account statement for the six-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff's failure to timely pay the filing fee or file a motion to proceed *in forma pauperis* will result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

-2-

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a motion to proceed without prepaying fees or costs within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if Plaintiff files a motion to proceed *in forma pauperis*, he must also submit a certified copy of his jail account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 30th day of April, 2026.


*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE